AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED
2023 AUG 14  AM 11: 00

VICTOR MONTEQUIN

*Petitioner*

v.   Case No. 5:23-CV-511-BJD-PRL
(Supplied by Clerk of Court)

WARDEN FCC COLEMAN LOW

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: VICTOR MONTEQUIN
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: FCC COLEMAN LOW
   (b) Address: 846 N.E. 54th Terrace
   Coleman, FL 33409
   (c) Your identification number: 70291-018

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): Illegal Conviction (VOID judgment by sentencing court) 2255 fails to offer remedial mechanism for VOID judgments. "vacating" sentence, is only available to competent court.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:

(b) Docket number, case number, or opinion number:

(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

(d) Date of the decision or action:

### Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy?
☐ Yes   ☒ No
(a) If "Yes," provide:
  (1) Name of the authority, agency, or court:

  (2) Date of filing:
  (3) Docket number, case number, or opinion number:
  (4) Result:
  (5) Date of result:
  (6) Issues raised:

(b) If you answered "No," explain why you did not appeal:

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☐ Yes   ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a second appeal:

)   Third appeal
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court:

        (2) Date of filing:
        (3) Docket number, case number, or opinion number:
        (4) Result:
        (5) Date of result:
        (6) Issues raised:

    (b) If you answered "No," explain why you did not file a third appeal:

10.   **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☒ Yes          ☐ No
If "Yes," answer the following:
    (a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☒ Yes          ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court: Middle District of Florida, Orlando Division
(2) Case number: 6:19-cv-2296-ORL-41GJK
(3) Date of filing: 12-09-2019
(4) Result: Se Aside
(5) Date of result: 8-31-2020
(6) Issues raised: Inneffectice assisstance of counsel, in advising the defendant of his rights as to appeal; excessive sentence in contrast to reasonable judgment for nature of criminal action and mental health condition, which was undiagnosed until arresting and the charging.

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes            ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes            ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:     Motion of Declaratory Relief
(b) Name of the authority, agency, or court:     Sentencing Court  # 6:18-cr-00072-CEM-GJK

(c) Date of filing:    7-7-2023
(d) Docket number, case number, or opinion number:   67 and Denial 68 (Text Entry Only)
(e) Result:       "ENDORSED ORDER" Denying requested relief, with no reason
(f) Date of result:    7/21/2023
(g) Issues raised:       Specific rights, which reveled that Petitioner is illegally detained, in violation of laws and constitution of United States.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

5. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Judgment of Conviction was VOID at inception; court lacked in the lawful invocation of Article III judicial powers; Govt. presented harmless (to the United States) putatively criminal charges; No Standing established, constitutionally. Article III (as accessed by 18 U.S.C. § 3041 limitations of "offense against U.S.)N/A

(a) Supporting facts (Be brief. Do not cite cases or law.):

In order for D.O.J. to Arrest and Detain Petitioner, pending trial, the United States government, has to be an "injured party" in some actual capacity. Record reveals no such injury was ever claimed, nor ever existed. Accordingly, the United States received 'redress'(an Art. III goal) for a non-existent harm. 18 U.S.C. § 3041 is threshhold to accessing Article III judicial powers.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes    ☒ No    Cannot Appeal a VOID judgment; its non-final, in the 28USC1291 sense.

**GROUND TWO:** Rule 52(b) substantial rights violation due to lack of jurisdiction. This would have been prevented if Rule 3(supported by 18 USC 3041)was relied upon. Due Process violation.

(a) Supporting facts (Be brief. Do not cite cases or law.):

52(b) is designed to contain substantial rights errors; judge ignored the rule and allowed for prosecutiong in violation of 28 USC 547(1); 547(1) limits prosecutions only for "offenses against the United States..."(opening line); rule 3, as governed by Rules 1 and 2, would derail any usurpatous prosecution(s). Court failed to protect Petitioners rights, to due process of law by the rules of law governing process.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes    ☒ No    Cannot appeal(or 2255 releave) a VOID judgment; substantial rights to a court of competent(authoritative) jurisdiction isrequired.

**GROUND THREE:** 10th Amendment State Police powers were preempted; this is illegal under Constitutional framework.

(a) Supporting facts (Be brief. Do not cite cases or law.):

In order to override State Police powers; preemption legally must be implicit by Congress; "field preemption cannot override "Safety and Health" rights of the States. Federalism concerns, exist which have bypassed abstention requirements. In plain meaning of textual law(s), U.S. Prosecution, took over State Police rights, without authority to do so. (See United States v. Bond)

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes    ☒ No    Cannot appeal a VOID judgment. It's a legal nullity.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes        ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:   As Habeas Corpus provides for the arrest and desisting of illegal detention, which is a Constitutional right to be protected as Supreme[unless Congress otherwise declares], then the Petitioner respectfully request this court issue the Writ of Habeas, and ORDER the Defendant[Warden of BOP] to immediately release Petitioner.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 8/8/23

Signature of Petitioner

Signature of Attorney or other authorized person, if any